**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:
Bankruptcy Case No. **16–30419**
**STUART GRAEME HARDMAN**

Debtor

Adversary Proceeding No. **16–00741**
**BETTYE ASHCRAFT**

Plaintiff

v.
**STUART GRAEME HARDMAN**

Defendant

**SUMMONS IN AN ADVERSARY PROCEEDING**

**To:** STUART GRAEME HARDMAN

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
| --- |
| **Adam B Whiteman** <br> **118 N. Clinton Street, Suite 17** <br> **Chicago, IL 60661** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
| --- | --- |
| **Kane Courthouse** <br> **100 S 3rd Street** <br> **Courtroom 240** <br> **Geneva IL 60134** | **Status Hearing Date and Time** <br> **02/10/2017 at 11:30AM** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
12 / 19 / 2016

Jeffrey P. Allsteadt, Clerk Of Court

ILNB 2012