UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re:<br>STUART GRAEME HARDMAN<br>　　　　The Debtor. | )<br>)<br>)<br>)<br>) | Chapter 7<br>Case No. 16-30419 |
| BETTYE ASHCRAFT<br>　　　　Plaintiff<br>v.<br><br>STUART GRAEME HARDMAN<br>　　　　Debtor | )<br>)<br>)<br>)<br>)<br>)<br>) | Adv. Proc. No. 16-00741 |

### STIPULATION TO DISMISS

The parties to this adversary claim hereby stipulate to the dismissal of the same in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Attorney for BettyeAshcraft

*/s/ Adam B Whiteman*

Whiteman Borden LLC
Adam B. Whiteman
118 N. Clinton Street, Suite LL 380
Chicago, IL 60661
Adam@WB.Legal

Attorney for Stuart Graeme Hardman

*/s/ Amanda Adams*

Amanda Adams
125 North First Street
DeKalb, IL 60115
Amandaadamsjd@gmail.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re:<br>STUART GRAEME HARDMAN<br>　　　　　The Debtor. | )<br>)<br>)<br>)<br>) | Chapter 7<br>Case No. 16-30419 |
| BETTYE ASHCRAFT<br>　　　　　Plaintiff<br>v.<br><br>STUART GRAEME HARDMAN<br>　　　　　Debtor | )<br>)<br>)<br>)<br>)<br>)<br>) | Adv. Proc. No. 16-00741 |

**NOTICE OF DISMISSAL
OF ADVERSARY PROCEEDING**

To:　Amanda Adams
　　　125 North First Street
　　　DeKalb, IL 60115
　　　Amandaadamsjd@gmail.com

　　　PLEASE TAKE NOTICE that on **MARCH 8, 2018,** the undersigned caused to be filed with the US Bankruptcy Court, 219 Dearborn St., Room 615, Chicago, IL 60604, a **NOTICE OF DISMISSAL OF ADVERSARY PROCEEDING and a STIPULATION TO DISMISS,** a copy of which is hereby served upon you.

　　　CERTIFICATE OF SERVICE, I, Adam Whiteman, hereby certify that I caused a copy of this notice and motion to be served, via electronic case filing to all parties listed above on MARCH 8, 2018.

Dated:　March 8, 2018

Respectfully Submitted,

/Adam B. Whiteman/
118 N. Clinton Street, Suite LL 380
Chicago, IL 60661.
(312) 655-1000
Adam@WhitemanBorden.com